JS - 6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JULIE ZATZ (State Bar No. 155560)
Assistant United States Attorney

Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Email: julie.zatz@usdoj.gov
Telephone: (213) 894-7349
Fax:         (213) 894-7819

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BUNNA NHIM, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. CV 11-04898 MWF (SPx) <br><br> **ORDER DISMISSING ACTION** <br> **WITH PREJUDICE** |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees;
3. The Court retains jurisdiction pending payment of the settlement.

DATED: May 23, 2012

_____
UNITED STATES DISTRICT JUDGE