ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JULIE ZATZ (State Bar No. 155560)
Assistant United States Attorney

    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Email: julie.zatz@usdoj.gov
    Telephone: (213) 894-7349
    Fax:        (213) 894-7819

Attorneys for Defendants

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BUNNA NHIM,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | NO. CV 11-04898 MWF (SPx)<br><br>**ORDER DISMISSING ACTION**<br><br>**WITH PREJUDICE** |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees;
3. The Court retains jurisdiction pending payment of the settlement.

DATED: May 23, 2012

_____
UNITED STATES DISTRICT JUDGE